FILED
DEC 17 1997 2:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN KRONTARIS, )
)
   Plaintiff, )
)
vs )   CIVIL ACTION 97-AR-1545-S
)
)
MIDSOUTH MAGAZINE AGENCY, INC., )
)
   Defendant. )

ENTERED
DEC 17 1997

## MEMORANDUM OF OPINION

     The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion to dismiss counts three and four of his complaint will be granted, whereupon the plaintiff's motion to remand this case to the Circuit Court for Jefferson County, Alabama will granted. An appropriate order will be entered.

     DONE, this 17th day of December, 1997.

                                  WILLIAM M. ACKER, JR.,
                                  UNITED STATES DISTRICT JUDGE